**UNITED STATES DISTRICT COURT**
**Northern District of California**
280 South First Street
San Jose, California 95113
_____

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

**March 8, 2006**

CASE NUMBER:  CV 05-05286 HRL
CASE TITLE:  TOMLINSON-v-THE HARTFORD LIFE INSURANCE COMPANY ET AL

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.

**Honorable Ronald M. Whyte** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **RMW** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 3/8/06

FOR THE EXECUTIVE COMMITTEE:

_____
                Clerk

NEW CASE FILE CLERK:        3/8/06

Copies to: Courtroom Deputies   3/8/06          Special Projects
Log Book Noted                  3/8/06          Entered in Computer 3/8/06

CASE SYSTEMS ADMINISTRATOR:
Copies to:      All Counsel     3/8/06          Transferor CSA     3/8/06Bjw