IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA TOMLINSON, | *E-FILED - 4/12/06* |
| Plaintiff, | CASE NO.: C-05-05286-RMW |
| v. | **RECUSAL ORDER** |
| CONTINENTAL CASUALTY CO., et al., | |
| Defendants. | |

I, the undersigned Judge of this court, finding myself disqualified in the above-entitled action hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of paragraph F of the Assignment Plan.

All pending dates of motions, pretrial conference and trial are hereby vacated and are to be reset by the newly assigned judge.

DATED: April 12, 2006

*Ronald M. Whyte*
RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

1

1
2
3   Copy of Order E-Filed to Counsel of Record:
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2