LAURA E. FANNON (SBN 111500)
KELLY, HERLIHY & KLEIN LLP
44 Montgomery Street, Suite 2500
San Francisco, CA 94104
Telephone: (415) 951-0535
Facsimile: (415) 391-7808

Attorneys for Defendants
HARTFORD LIFE INSURANCE COMPANY and
VERSATA, INC. LONG TERM DISABILITY PLAN

**IT IS SO ORDERED**
*/s/ James Ware*
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LISA TOMLINSON,<br><br>                Plaintiff,<br><br>v.<br><br>THE HARTFORD LIFE INSURANCE COMPANY as Successor to Continental Casualty Company; VERSATA, INC. LONG TERM DISABILITY PLAN,<br><br>                Defendants. | CASE NO. C 05 286 JW ADR<br><br>STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE |

STIPULATION

Plaintiff Lisa Tomlinson ("plaintiff"); defendant Continental Casualty Company ("CCC"), erroneously sued as "Hartford Life Insurance Company, as successor to Continental Casualty Company"; and Versata, Inc. Long Term Disability Plan ("the Plan"), by and through their respective counsel, hereby stipulate and agree, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, that this action may be dismissed, with prejudice, in its entirety. Each party shall bear her or its own costs of suit.

Dated: May 12, 2006

LAW OFFICES OF SILVER & TAUBE

By _____
Melvyn D. Silver
Attorneys for Plaintiff
LISA J. TOMLINSON

Dated: May 15, 2006

KELLY, HERLIHY & KLEIN LLP

By _____
Laura E. Fannon
Attorneys for Defendant ORRICK,
HERRINGTON & SUTCLIFFE LLP
LONG TERM DISABILITY PLAN

ORDER

IT IS SO ORDERED.

Dated: 05/18/06

_____
JAMES WARE, JUDGE, U.S. DISTRICT COURT

- 1 -

STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE; ORDER
CASE NO. C 05 4171 JW ADR